A. M. BONIELLO CONSTRUCTION COMPANY, INC., Respondent, v. FRANCESCO COLOMBO, Appellant, Impleaded with GLOBE INDEMNITY COMPANY, INC., Defendant.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Rich, Putnam, Blackmar and Kelly, JJ., concur; Jaycox, J., dissents and votes for reversal.

WILLIAM ASH, Respondent, v. PEEKSKILL ICE COMPANY, INC., Appellant. — Order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

JOHN HARRY BERK, Respondent, v. KATE D. BERK, Appellant.— Order affirmed, without costs. Motion to dismiss appeal denied. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

MARGARET BERRY, Respondent, v. NEW YORK MUNICIPAL RAILWAY CORPORATION and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

MARION CAMPBELL, Appellant, v. WALTER W. TAYLOR, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

CASALINO CONTRACTING COMPANY, INC., Appellant, v. KEAP CONSTRUCTION COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

GUILIA CORDISCO, Respondent, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

FRANK F. DAVIS and JOHN C. OLDMIXON, Respondents, v. WALKER D. HINES, as Director-General of Railroads, and WILLIAM F. GLEESON, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

MAX A. GOLDBERG, Appellant, v. SUNBEAM CHEMICAL COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Mills, Rich, Blackmar and Jaycox, JJ., concur; Jenks, P. J., not voting.